## United States District Court
### Violation Notice

CVB Location Code: MN9

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2012665 | LAMOUREUX | 4295 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 09/10/2013  1310 | 38 CFR 1.218(b)(29) |

Place of Offense: ST CLOUD VAHCS, Building #49 PARKING LOT

Offense Description: RESERVED PARKING - VISITOR & OUTPATIENT ONLY M-F 8AM-3PM POSTED

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| OLSON | ABBY | L |

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| UVM538 | MN | 00 | PONT BONNEVILLE | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$15.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $40.00 Total Collateral Due

**YOUR COURT DATE**
Court Address: N/A

X Defendant Signature: _____

Rev. 03/2006     Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Sep 10th, 2013 while exercising my duties as a law enforcement officer in the _____ of USA

While on routine patrol at the ST Cloud VAHCS, I observed a Black Pontiac Bonneville MN Tag# UVM538 parked in the Building #49 Outpatient & Visitor Only Parking. All VA Employees are prohibited from parking in these parking spaces. The aforementioned vehicle is registered to VA Employee ABBY OLSON. OLSON has received written warnings in the past.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/10/2013

Probable cause has been stated for the issuance of a warrant.

Executed on: _____